UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OVINTIV USA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBRA A. HAALAND, in her official capacity as Secretary of the Interior, et al.,<br><br>    Defendants. | Civil Action No. 23-387 (JDB) |

## ORDER

Defendants have now answered plaintiff's complaint seeking judicial review of agency action. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to actions for review on an administrative record. See Local Civil Rule 16.3(b)(1). The Court has reviewed the complaint and the answer in this case. Defendants raise grounds for dismissal or summary judgment but have not yet filed a dispositive motion. Accordingly, it is hereby **ORDERED** that the parties shall confer and submit by not later than July 27, 2023, a proposed briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

                                                      /s/
                                        JOHN D. BATES
                                 United States District Judge

Dated: June 26, 2023